UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORLANDO ROSS,

    Defendant.
_____/

CRIMINAL NO.
NO. 11-20202

HON. PAUL D. BORMAN

ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS

A hearing was held on July 7, 2011 before this court on the above-entitled motion and for reasons stated on the record in open court, defendant's motion to suppress illegally seized evidence and statements is DENIED.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 7-7-11